# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JUAN TORRES-TORRES,<br><br>　　　　　　Defendant. | CASE NO. 4:20CR3041<br><br><br>WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the superseding indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the superseding indictment.

_____Juan Carlos T._____　　_____Joan Carlos T._____
Defendant - Juan Torres-Torres　　Date - Fecha

_____[signature]_____　　_____07/31/2020_____
Attorney for Defendant　　Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 11th day of August, 2020.

BY THE COURT:

_____[signature]_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT